UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF ILLINOIS

Eastern Division

| | | |
|---|---|---|
| In Re:<br>SAMSIDEEN QUADRI<br><br><br><br><br>Debtor(s) | )<br>)<br>)<br>)<br>)<br>)<br>) | BK No.: 17-28121<br><br>Chapter: 13<br>Honorable Jack Schmetterer |

**ORDER GRANTING MOTION TO INCUR DEBT and SHORTEN NOTICE**

THIS MATTER coming to be heard on the motion of the Debtor, the Court having jurisdiction over the parties and the subject matter and being duly advised in the premises and due notice having been given to the parties entitled thereto:

It is hereby ORDERED that:

1) Debtor's request to shorten the notice requirement is granted.

2) The Debtor is granted leave to obtain financing for $22,208.16, at an annual percentage rate of up to 15.99% for a 2018 Nissan Altima or other similar vehicle.

Enter:   *[signature]*

Honorable Jack B. Schmetterer
United States Bankruptcy Judge

Dated: June 19, 2019

**Prepared by:**

Robert C. Bansfiield Jr. ARDC #6329415
David M. Siegel & Assoc., LLC
790 Chaddick Drive
Wheeling, IL 60090
(847) 520-8100