**UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION**

RE: SAMSIDEEN D QUADRI                 ) Case No. 17 B 28121

                                     )

                    debtor      ) Chapter 13

                                     )

                                     ) Judge: JACK B SCHMETTERER


**NOTICE OF MOTION**


SAMSIDEEN D QUADRI                      DAVID M SIEGEL

                                       via Clerk's ECF noticing procedures

3125 ALEXANDER CRESENT

FLOSSMOOR, IL 60422

Please take notice that on August 07, 2019 at 10:00 am my designee or I will appear before the Honorable Judge JACK B SCHMETTERER at 219 South Dearborn Courtroom 682, Chicago, IL and present the motion set forth below.

I certify under penalty of perjury that this office caused a copy of this notice to be delivered to the persons named above by U.S. mail at  55 E Monroe St., Chicago, Il 60603 or by the methods indicated on July 26, 2019.


                                     /s/ Tom Vaughn


**TRUSTEE'S MOTION TO DISMISS FOR FAILURE TO TURNOVER
TAX RETURN AND REFUND TO TRUSTEE**


Now comes Tom Vaughn, Trustee in the above entitled case and moves the Court to dismiss this case in support thereof states:

1. On September 20, 2017 the Debtor filed a petition and/or plan under Chapter 13 of Title 11 U.S.C.

2. The debtor's plan confirmed on  January 24, 2018,  provided for tax refunds over $1200.00 to be turned over to the trustee each year.

3. The trustee has not received the tax return or transcript, and/or tax refund for 2018.

WHEREFORE, the Trustee prays that this case be dismissed for material default by the debtor with respect to a term of a confirmed plan, pursuant to § 1307 (c) (6).


                            Respectfully submitted,

                            /s/ Tom Vaughn


TOM VAUGHN

CHAPTER 13 TRUSTEE

55 E. Monroe Street, Suite 3850

Chicago, IL 60603

(312) 294-5900