# REQUIRED STATEMENT
## TO ACCOMPANY MOTIONS FOR RELIEF FROM STAY

All Cases: Debtor(s) <u>Samsideen D. Quadri AKA Sam D Quadri</u>   Case No.: <u>17-28121</u>   Chapter: <u>13</u>

All Cases: Moving Creditor: <u>CitiMortgage, Inc.</u>   Date Case Filed: <u>September 20, 2017</u>

Nature of Relief Sought  ☒ Lift Stay   ☐ Annul Stay   ☐ Other (describe) _____

Chapter 13:  Date of Confirmation Hearing _____N/A_____ or Date Plan Confirmed <u>01/24/2018</u>

Chapter 7:   ☐ No-Asset Report filed on _____
             ☐ No-Asset Report not filed. Date of Creditor's Meeting: _____

1. Collateral

    a. ☒ Home 3125 Alexander Crescent, Flossmoor, IL 60422-1707
    b. ☐ Car Year, Make, and Model _____
    c. ☐ Other (describe) _____

2. Balance Owed as of January 14, 2021: $<u>157,643.98</u>
   Total of all other Liens against Collateral: $<u>0.00</u>

3. In chapter 13 cases, if a post-petition default is asserted in the motion, attach a payment history listing the amounts and dates of all payments received from the debtor(s) post-petition:

4. Estimated Value of Collateral (must be supplied in all cases) $<u>215,690.00, the Debtor's Schedule A</u>

5. Default

    a. ☐ Pre-Petition Default
       Number of months _____   Amount $_____

    b. ☒ Post-Petition Default
       i. ☒ On direct payments to the moving creditor
       Number of months  <u>11</u>    Amount $<u>16,167.46</u>

       ii. ☐ On payments to the Standing Chapter 13 Trustee
       Number of months _____   Amount $_____

6. Other Allegations

    a. ☒ Lack of Adequate Protection 11 U.S.C. §362(d)(1)

       i.   ☐ No insurance
       ii.  ☐ Taxes unpaid Amount $ _____
       iii. ☐ Rapidly depreciating asset
       iv.  ☐ Other _____

    b. ☒ No Equity and Not Necessary for an Effective Reorganization 11 U.S.C. §362(d)(2)

    c. ☐ Other "Cause" 11 U.S.C. §362(d)(1)

       v.   ☐ Bad Faith (describe) _____
       vi.  ☐ Multiple filings
       vii. ☐ Other (describe) _____

19-012511_ZTM

d.  Debtor's Statement of Intention regarding the Collateral

viii. ☐ Reaffirm    ix. ☐ Redeem    x. ☐ Surrender    xi. ☒ No Statement of Intentions Filed

Date: 2/3/2021

Respectfully submitted,

/s/ Todd J. Ruchman
Todd J. Ruchman (6271827)
Keith Levy (6279243)
Sarah E. Barngrover (28840-64)
Adam B. Hall (0088234)
Edward H. Cahill (0088985)
Umair M. Malik (6304888)
Stephen R. Franks (0075345)
Manley Deas Kochalski LLC
P.O. Box 165028
Columbus OH  43216-5028
614-220-5611; Fax: 614-627-8181
Attorneys for Creditor
The case attorney for this file is Todd J. Ruchman.
Contact email is tjruchman@manleydeas.com

(Rev. 12/21/09)

19-012511_ZTM